UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

           Plaintiff,

    v.

CITY OF BERKELEY, et al,

           Defendants.

Case No. 19-cv-02024-DMR

**ORDER TO SHOW CAUSE**

Defendant filed a motion to dismiss the complaint on April 30, 2019. Currently, the motion is set for a court hearing on June 27, 2019. Plaintiff Jane Doe is pursuing this action without legal representation. According to the local court rules, Plaintiff should have filed any brief in opposition to Defendant's motion by May 14, 2019. *See* Civ. L.R. 7-3(a). The court has received no such opposition.

The court ORDERS Plaintiff to respond by May 29, 2019 and explain her failure to respond to the motion. In addition, Plaintiff must simultaneously (1) submit her opposition to the court or (2) file a statement of non-opposition to the motion. This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission. If Plaintiff does not respond by May 29, 2019, Defendant's motion may be granted or the case may be dismissed for failure to prosecute.

The court further ORDERS that Defendant shall file a reply, if any, to Plaintiff's opposition no later than June 7, 2019.

    **IT IS SO ORDERED.**

Dated: May 20, 2019

DONNA M. RYU
United States Magistrate Judge

United States District Court
Northern District of California