UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF BERKELEY, et al.,<br><br>        Defendants. | Case No. 19-cv-02024-SI<br><br>**ORDER TO SHOW CAUSE** |

On July 23, 2019, the Court ordered that any amended pleading must be filed on or before October 18, 2019. Dkt. No. 29. It has now been 10 days since plaintiff's amended pleading was due and no such filing has been made. Plaintiff has until Friday November 1, 2019 to file an amended pleading or otherwise show cause that this case should not be dismissed without prejudice for failure to prosecute.

**If plaintiff fails to file an amended pleading or otherwise provide good cause on or before Monday November 4, 2019, the action will be dismissed without prejudice for failure to prosecute.**

**IT IS SO ORDERED**.

Dated: October 28, 2019

SUSAN ILLSTON
United States District Judge