UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF BERKELEY, et al.,<br><br>  Defendants. | Case No. 19-cv-02024-SI<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 31 |

On October 28, 2019, this Court issued an Order to Show Cause because plaintiff failed to file an amended pleading by October 18, 2019 – the deadline set in this Court's July 23, 2019 order. The October 28, 2019 Order to Show Cause stated that if plaintiff failed to file an amended pleading or otherwise provide good cause before November 4, 2019 the action would be dismissed without prejudice for failure to prosecute. November 4, 2019 has come and gone and the Court has not received any communication from plaintiff or other indication that plaintiff intends to prosecute this action. As such, the case is dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED**.

Dated: November 5, 2019

_____
SUSAN ILLSTON
United States District Judge