UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

    Plaintiff,

v.

CITY OF BERKELEY, et al.,

    Defendants.

Case No. 19-cv-02024-SI

**JUDGMENT**

This action has been dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**

Dated: November 5, 2019

_____
SUSAN ILLSTON
United States District Judge